| | |
|---|---|
| 1 | **Daniel J. Hanecak, Esq. [CSB 275161]**<br>**Law Office of Daniel J. Hanecak** |
| 2 | 9444 Harbour Point Drive #66<br>Elk Grove, Ca 95758 |
| 3 | Phone: (717) 341-6318<br>Email: djhanecak@gmail.com |
| 4 | |
| 5 | Attorney for Plaintiff |
| 6 | ISABEL SANTOS, INDIVIDUALLY AND<br>AS TRUSTEE AND BENEFICIARY OF THE |
| 7 | YOLANDA MARIA SANTOS TRUST |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST, | ) ) ) ) | Case No.: 3:12-cv-03296-LB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c), OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20, | ) ) ) ) | |
| Defendants | ) ) ) | |

Pursuant to Federal Rule of Evidence 201, Plaintiff requests that the Court take judicial notice of the following documents. A fact is appropriate for judicial notice where it is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

**Exhibit A:**

Home Equity Conversion Mortgage Handbook, Chapter 1, available at:

http://www.hud.gov/offices/adm/hudclips/handbooks/hsgh/4235.1/42351c1HSGH.pdf.

**Exhibit B:**

Home Equity Conversion Mortgage Model Adjustable Rate Note, available at:

http://www.hud.gov/offices/adm/hudclips/handbooks/hsgh/4235.1/42351x3HSGH.pdf.

**Exhibit C:**

Home Equity Conversion Mortgage Model Loan Agreement, available at:

http://www.hud.gov/offices/adm/hudclips/handbooks/hsgh/4235.1/42351x7HSGH.pdf.

**Exhibit D**:

U.S. Department of Housing and Urban Development Mortgagee Letter 2011-16, available at:

http://portal.hud.gov/hudportal/documents/huddoc?id=11-16ml.pdf.

Documents available on government agencies' websites have frequently been treated as proper subjects of judicial notice. *See, e.g.*, Paralyzed Veterans of Am. v. McPherson, No. C064670SBA, 2008 WL 4183981, *5 (N.D. Cal. Sept. 9, 2008) (collecting cases). Exhibits A, B, and C, ad documents available on the Department of Housing and Urban Development website, are proper subjects of judicial notice.

In addition, for Exhibit D, absent a showing that the interpretation is unreasonable or inconsistent with statutory authority, judicial notice is proper of HUD's interpretations of their own regulations. *See, e.g.* United States v. City of St. Paul, 258 F.3d 750, 752 C.A.8 (Minn.) 2001.

**Exhibit E:**

Home Equity Conversion Mortgage Insurance Demonstration: Streamlining the Demonstration and Allowing Use of the Direct Endorsement Program," 60 Fed. Reg. 42754-01 (Aug. 16, 1995). This

document is subject to judicial notice pursuant to statute. 44 U.S.C. § 1507 ("The contents of the Federal Register shall be judicially noticed and without prejudice to any other mode of citation, may be cited by volume and page number...")

**Exhibit F:**

Superior Court of California of Contra Costa County Order Granting Plaintiff's Motion for Preliminary Injunction.

Pursuant to Fed. R. Evid. 201(b), the Federal Court may take judicial notice of state court orders and proceedings.  See, Dawson v. Mahoney, 451 F.3d 550, 551 (9th Cir. 2006) (allowing for judicial notice in federal court of state court orders and proceedings).

DATED:  July 19, 2012    LAW OFFICE DANIEL J. HANECAK

/s/ Daniel J. Hanecak
Daniel J. Hanecak, Esq.
Attorney for Plaintiff
ISABEL SANTOS, INDIVIDUALLY AND AS BENFICIARY AND TRUSTEE OF THE
YOLANDA MARIA SANTOS TRUST

|   |   |
|---|---|
| 1 |   |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | STATE OF CALIFORNIA, COUNTY OF SACRAMENTO |

I, Daniel J. Hanecak, hereby certify that on July 18, 2012, a true and correct copy of **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c), OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** was filed electronically and is available for viewing and downloading from the ECF system.

Unless otherwise noted herein, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:

Defendants' Representation
Edward A. Treder (SBN 116307)
Thomas K. Agawa (SBN 175952)
Barrett, Daffin, Frappier, Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
Tel:    (626) 371-7032
Email:  ThomasA@BDFGroup.com

Executed on July 19, 2012, at Sacramento, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ Daniel J. Hanecak
Daniel J. Hanecak, Esq.