EDWARD A. TREDER
State Bar No. 116307
THOMAS K. AGAWA
State Bar No. 175952
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel: (626) 371-7032
Email: ThomasA@BDFGroup.com
Attorneys for Defendants REVERSE MORTGAGE SOLUTIONS, INC. & NDeX WEST, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST,<br><br>Plaintiff,<br><br>v.<br><br>REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20,<br><br>Defendants. | CASE NO.: 3:12-cv-03296-SC<br><br>[~~Proposed~~]<br>**ORDER**<br><br>No Hearing<br>Courtroom: 1 – 17th Flr.<br>Hon. Samuel Conti<br>450 Golden Gate Avenue, San Francisco, CA 94102, T: (415) 522-2077 |

**ORDER**

Having read and considered the stipulation between the parties and, GOOD CAUSE APPEARING

IT IS ORDERED THAT the ADR deadline be extended to May 31, 2013.

Dated: 03/20/2013           By: _____
                            HON. SAMUEL CONTI
                            Judge for the United States District Court for the
                            Northern District of California

*[signature and seal: Judge Samuel Conti, United States District Court Northern District of California]*

ORDER
CASE NO.: 3:12-cv-03296-SC