**Daniel J. Hanecak, Esq. [CSB 275161]**
**Law Office of Daniel J. Hanecak**
700 E Street
Sacramento, CA 95758
Phone: (916) 222-6490
Email: djhanecak@gmail.com
Attorney for Plaintiff ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST

EDWARD A. TREDER
State Bar No. 116307
THOMAS K. AGAWA
State Bar No. 175952
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel:  (626) 371-7032
Email: ThomasA@BDFGroup.com

Attorneys for Defendants REVERSE MORTGAGE SOLUTIONS, INC. & NDeX WEST, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST,<br><br>Plaintiff,<br><br>v.<br><br>REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20,<br><br>Defendants. | Case No.: 3:12-cv-03296-SC<br><br>**[PROPOSED] ORDER**<br><br><br><br>Date:        June 21, 2013<br>Time:        10:00 a.m.<br>Courtroom:   1 – 17th Floor<br>Judge:       Hon. Samuel Conti<br>450 Golden Gate Avenue, San Francisco, CA 94102, T: (415) 522-2077 |

[PROPOSED] ORDER - 1

**ORDER**

Based upon the stipulation of the parties, and good cause appearing:

1. The hearing set for Plaintiff's Motion for Civil Contempt Sanctions and Attorney's Fees and Costs currently set for June 21, 2013 at 10:00 a.m. in this Court will be heard July 19, 2013 at 10:00 a.m. in this Court.

2. Defendants' Response papers are to be filed and electronically served no later than June 26, 2013.

3. Plaintiff's Reply is to be filed and electronically served no later than July 5, 2013.

4. The designation of experts date is moved sixty (60) days from May 20, 2013 to July 19, 2013.

IT IS SO ORDERED.

Dated: 05/29/2013



Judge Samuel Conti

***END OF ORDER***