1  **Daniel J. Hanecak, Esq. [CSB 275161]**
   **Law Office of Daniel J. Hanecak**
2  700 E Street
   Sacramento, CA 95758
3  Phone: 916.222.6490
   Email: djhanecak@hanecaklaw.com
4  Attorney for Plaintiff ISABEL SANTOS, INDIVIDUALLY
   AND AS TRUSTEE AND BENEFICIARY OF THE
5  YOLANDA MARIA SANTOS TRUST

6  
   EDWARD A. TREDER
7  State Bar No. 116307
   MADELEINE K. LEE
8  State Bar No. 258520
   BARRETT DAFFIN FRAPPIER
9  TREDER & WEISS, LLP
   20955 Pathfinder Road, Suite 300
10 Diamond Bar, California 91765
   Phone:  (626) 915-5714
11 Attorneys for Defendants Reverse Mortgage
   Solutions, Inc. and NDeX West, LLC

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15 
   ISABEL SANTOS, INDIVIDUALLY      )  Case No.: 3:12-cv-03296-SC
16 AND AS TRUSTEE AND               )
   BENEFICIARY OF THE YOLANDA       )  **ORDER**
17 MARIA SANTOS TRUST,              )
                                    )
18         Plaintiff,               )
                                    )
19      v.                          )
                                    )
20 REVERSE MORTGAGE SOLUTIONS,      )
   INC.; NDEX WEST, LLC; and DOES 1 )
21 through 20,                      )
                                    )
22         Defendants.              )
                                    )
23 _____  )

24

25

26

27

28

                              ORDER - 1

**ORDER**

Based upon the stipulation of the parties, and good cause appearing:

1. The parties shall electronically file concurrent Motions for Summary Judgment no later than Friday, August 2, 2013. The parties are responsible for calendaring the date with the Court.

2. Responses will track normal briefing scheduling.

3. The following will be the new scheduling for this matter:

    i. Designation of experts: July 19, 2013 (remains unchanged).

    ii. Discovery Cut-Off: September 1, 2013.

    iii. Hearing of Dispositive Motions: TBD by calendared date of concurrent motions for summary judgment.

    iv. Pre-Trial: November 15, 2013.

    v. Trial: November 18, 2013.

IT IS SO ORDERED.

Dated: 07/02/2013 _____

Judge Samuel Conti

\*\*\*END OF ORDER\*\*\*

ORDER - 2