United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL SANTOS, individually and as trustee and beneficiary of the Yolanda Maria Santos Trust,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 12-3296-SC<br><br>ORDER RE: CROSS MOTIONS FOR <u>SUMMARY JUDGMENT</u> |

　　The above-captioned parties have filed cross-motions for summary judgment. Among other things, Plaintiff contends that she "endeavored" to sell the property at issue and that she offered to pay the full amount that was due on the promissory note, but that Defendants refused to accept repayment. It is unclear whether Plaintiff seeks to sell or purchase the Property. It is also unclear what steps she took to sell the property, and whether she ever found a willing and able buyer. Finally, it is unclear how Plaintiff intended to pay the full amount due on the loan. Her

declaration cryptically states that she was willing to put a "re-payment plan into place," but it is altogether unclear what that plan would entail.  Plaintiff does not specify whether she had cash on hand or whether she requested that Defendants or some other entity provide her with a financing arrangement.  The Court hereby ORDERS Plaintiff and Defendants to file a supplemental declarations providing clarification on these issues.

IT IS SO ORDERED.

Dated: September 19, 2013    
                              UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California