**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7             IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  ISABEL SANTOS, individually and as  )  Case No. 12-3296-SC
     trustee and beneficiary of the     )
11  Yolanda Maria Santos Trust,        )  ORDER RE: CROSS MOTIONS FOR
                                      )  <u>SUMMARY JUDGMENT</u>
12            Plaintiff,         )
                                      )
13    v.                      )
                                      )
14  REVERSE MORTGAGE SOLUTIONS, INC.;  )
    NDEX WEST, LLC; and DOES 1 through  )
15  20,                        )
                                      )
16            Defendants.       )
17

18
19
20     The above-captioned parties have filed cross-motions for
21 summary judgment.  Among other things, Plaintiff contends that she
22 "endeavored" to sell the property at issue and that she offered to
23 pay the full amount that was due on the promissory note, but that
24 Defendants refused to accept repayment.  It is unclear whether
25 Plaintiff seeks to sell or purchase the Property.  It is also
26 unclear what steps she took to sell the property, and whether she
27 ever found a willing and able buyer.  Finally, it is unclear how
28 Plaintiff intended to pay the full amount due on the loan.  Her

declaration cryptically states that she was willing to put a "re-payment plan into place," but it is altogether unclear what that plan would entail.  Plaintiff does not specify whether she had cash on hand or whether she requested that Defendants or some other entity provide her with a financing arrangement.  The Court hereby ORDERS Plaintiff and Defendants to file a supplemental declarations providing clarification on these issues.  These declarations shall be filed within seven (7) days of the signature date of this Order.


     IT IS SO ORDERED.


     Dated: September 19, 2013

     _____
     UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2