| | |
|---|---|
| 1 | **Daniel J. Hanecak, Esq. [CSB 275161]** |
| | **Law Office of Daniel J. Hanecak** |
| 2 | 700 E Street |
| | Sacramento, CA 95758 |
| 3 | Phone: 916.222.6490 |
| | Email: djhanecak@hanecaklaw.com |
| 4 | Attorney for Plaintiff ISABEL SANTOS, INDIVIDUALLY |
| | AND AS TRUSTEE AND BENEFICIARY OF THE |
| 5 | YOLANDA MARIA SANTOS TRUST |

EDWARD A. TREDER
State Bar No. 116307
MADELEINE K. LEE
State Bar No. 258520
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Phone: (626) 915-5714
Attorneys for Defendants Reverse Mortgage
Solutions, Inc. and NDeX West, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST, | ) Case No.: 3:12-cv-03296-SC ) ) **[PROPOSED]** ORDER ) |
| Plaintiff, | ) IT IS SO ORDERED AS MODIFIED |
| v. | ) ) |
| REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20, | ) ) ) ) |
| Defendants. | ) ) ) |

[PROPOSED] ORDER - 1

**ORDER**

Based upon the stipulation of the parties, and good cause appearing:

1. The trial date currently scheduled for November 18, 2013 shall be set on the calendar on February 18, 2014. The pretrial conference is rescheduled to February 7, 2014, at 10:00 a.m.

2. The associated deadlines of the Jury Trial Preparation Order [Docket No. 66] shall track the new trial date.

IT IS SO ORDERED.

Dated: __10/31/2013_____



***END OF ORDER***

[PROPOSED] ORDER - 2