**Daniel J. Hanecak, Esq. [CSB 275161]**
**Law Office of Daniel J. Hanecak**
700 E Street
Sacramento, CA 95758
Phone: 916.222.6490
Email: djhanecak@hanecaklaw.com
Attorney for Plaintiff ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST

EDWARD A. TREDER
State Bar No. 116307
MADELEINE K. LEE
State Bar No. 258520
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Phone:  (626) 915-5714
Attorneys for Defendants Reverse Mortgage Solutions, Inc. and NDeX West, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No.: 3:12-cv-03296-SC<br><br>**[~~PROPOSED~~] ORDER** |

**ORDER**

Based upon the stipulation of the parties, and good cause appearing:

1. The trial date currently scheduled for February 18, 2014 shall be set on the calendar on ___Monday, April 14___, 2014. The pretrial conference is scheduled for Friday, April 4, 2014.

2. The associated deadlines of the Jury Trial Preparation Order [Docket No. 66] shall track the new trial date.

IT IS SO ORDERED.

Dated: __02/04/2014_____

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***END OF ORDER***