1  Daniel J. Hanecak, Esq. [CSB 275161]
   Law Office of Daniel J. Hanecak
2  700 E Street
   Sacramento, CA 95758
3  Phone: 916.222.6490
   Email: djhanecak@hanecaklaw.com
4  Attorney for Plaintiff ISABEL SANTOS, INDIVIDUALLY
   AND AS TRUSTEE AND BENEFICIARY OF THE
5  YOLANDA MARIA SANTOS TRUST

6  EDWARD A. TREDER
   State Bar No. 116307
7  MADELEINE K. LEE
   State Bar No. 258520
8  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
9  20955 Pathfinder Road, Suite 300
   Diamond Bar, California 91765
10 Phone:  (626) 915-5714
   Attorneys for Defendants REVERSE MORTGAGE
11 SOLUTIONS, INC. and NDEX WEST, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST, | Case No.: 3:12-cv-03296-SC |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | **[L.R. 40-1]** |
| REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20, | |
| Defendants. | |

TO: HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST ("Plaintiff") and Defendants NDeX WEST, LLC ("NDeX") and REVERSE MORTGAGE SOLUTIONS, INC. ("RMS") have reached a full and complete settlement of this entire action. A written settlement agreement is pending review, approval and signature, and once signed, this entire action shall be dismissed with prejudice.

1  As a result, the parties, through their counsel of record, jointly request that the Court vacate
2  the Pretrial Conference scheduled on April 4, 2014 at 10:00 a.m. and the Jury Trial scheduled
3  on April 14, 2014 at 9:30 a.m. without the need for counsel to personally appear.

4                                                  Respectfully submitted,

5
6  DATED: April 3, 2014                 LAW OFFICE OF DANIEL J. HANECAK

7                                                  _/s/ Daniel J. Hanecak_____
                                                Daniel J. Hanecak
8                                                  Attorney for Plaintiff
                                                ISABEL SANTOS, INDIVIDUALLY AND AS
                                                TRUSTEE AND BENEFICIARY OF THE
9                                                  YOLANDA MARIA SANTOS TRUST

10 DATED: April 3, 2014                 BARRETT DAFFIN FRAPPIER
11                                                 TREDER & WEISS, LLP

12                                                 _/s/ Edward A. Treder_____
                                                Edward Treder
13                                                 Attorney for Defendants
                                                REVERSE MORTGAGE SOLUTIONS, INC.
14                                                 and NDEX WEST, LLC

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Edward A. Treder, hereby certify that on February 3, 2014, a true and correct copy of was filed electronically and is available for viewing and downloading from the ECF system.

Unless otherwise noted herein, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:

**JOINT NOTICE OF SETTLEMENT (L.R. 40-1)**

<u>Plaintiff's Counsel</u>
Daniel J. Hanecak, Esq. [CSB 275161]
Law Office of Daniel J. Hanecak
700 E Street
Sacramento, CA 95758
Phone: 916.222.6490
Email: djhanecak@hanecaklaw.com

Executed on April 3, 2014, at Diamond Bar, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*/s/ Edward A. Treder*
Edward A. Treder
