Daniel J. Hanecak, Esq. [SBN 275161]
HANECAK, P.C.
700 E Street
Sacramento, CA 95814
Phone: 916.222.6490
Email: djhanecak@hanecaklaw.com

Attorney for Plaintiff
ISABEL SANTOS, INDIVIDUALLY AND
AS TRUSTEE AND BENEFICIARY OF THE
YOLANDA MARIA SANTOS TRUST

EDWARD A. TREDER
State Bar No. 116307
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Phone:  (626) 915-5714
Attorneys for Defendants REVERSE MORTGAGE
SOLUTIONS, INC. and NDEX WEST, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ISABEL SANTOS, INDIVIDUALLY AND AS TRUSTEE AND BENEFICIARY OF THE YOLANDA MARIA SANTOS TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>REVERSE MORTGAGE SOLUTIONS, INC.; NDEX WEST, LLC; and DOES 1 through 20,<br><br>Defendants | Case No.: 3:12-cv-03296-SC<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)(2)** |

1    **IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed with prejudice.

2  Parties to bear or recover their respective fees and costs consistent with the Settlement

3  Agreement between the parties.

4

5

6  Dated:  08/29/2014                                   _____

7                                                                        HON. SAMUEL CONTI
                                                                          UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                **END OF ORDER**

Hanecak, P.C.
700 E Street
Sacramento, CA 95814